IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:15CR62 |
| MICHAEL WILLIS JR. (06)<br>  aka "Junior" | § § | |

# ORDER TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On this date, the motion to withdraw petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, came on for consideration, and it appearing to the Court that the motion states good and sufficient cause for the withdrawal of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED that Government's motion in the above referenced matter be, and it is hereby, granted.

So ORDERED and SIGNED this 12th day of November, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE